E-FILED
Thursday, 20 May, 2021  01:02:30 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# STATE OF ILLINOIS
## ILLINOIS DEPARTMENT OF HUMAN RIGHTS

**CHICAGO OFFICE**
DEPARTMENT OF HUMAN RIGHTS
100 W RANDOLPH ST., SUITE 10-100
CHICAGO, ILLINOIS 60601
(312) 814-6200
(866) 740-3953 (TTY)

**SPRINGFIELD OFFICE**
DEPARTMENT OF HUMAN RIGHTS
535 W. JEFFERSON ST., 1st FLOOR
SPRINGFIELD, ILLINOIS, 62702
(217) 785-5100
(866) 740-3953 (TTY)

CHARGE NO: 2021SD713

## CHARGE OF DISCRIMINATION

Dept. of Human Rights
INTAKE UNIT
NOV 12 2020
RECEIVED

**COMPLAINANT**

Deon Nailing
817 Dewitt Ave
Mattoon, Illinois 61938
(217) 208-7640

I believe that I have been personally aggrieved by a civil rights violation committed on

(date/s of harm): 01/19/2020 , by:

**RESPONDENT**

Carle Foundation Hospital
611 West Park Street
Champaign County
Urbana, Illinois 61801
(217) 383-3311

### SEE ATTACHED

I, Deon Nailing _____ on oath or affirmation state that I am Complainant herein, that I have read the foregoing charge and know the contents thereof, and that the same is true and correct to the best of my knowledge.

_Deon Nailing_
Complainant's Signature and Date

Subscribed and Sworn to
Before me this 12th day
of November, 2020
_Kimberly B Nasta_
Notary Public Signature

"OFFICIAL SEAL"
KIMBERLY B NASTA
Notary Public, State of Illinois
My Commission Expires 11/27/2021

Notary Stamp

IDHR Form #6
Rev. 09/18

I.    A.    ISSUES/BASIS

Denied full and equal enjoyment of Respondent's facility on January 19, 2020, because of my race and color, which is Black, and my sex, which is male.

B.    PRIMA FACIE ALLEGATIONS

1. On January 19, 2020, I was a patron of Respondent.

2. On January 19, 2020, I sought the enjoyment of Respondent.

3. I was qualified to receive the benefit of Respondent.

4. My race is Black.

5. My color is Black.

6. My sex is male.

7. Respondent is a place of public accommodation.

8. On January 19, 2020, I was denied full and equal enjoyment of Respondent's facility when an employee of Respondent (name unknown, Caucasian, female) directed racial slurs at me and grabbed my genitals.

9. Similarly situated non-black patrons of Respondent were not treated in this manner.

10. Similarly situated non-male patrons of Respondent were not treated in this manner.