# EXHIBIT B

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

IN THE MATTER OF:

| | | |
|---|---|---|
| DEON NAILING | ) | |
| | ) | |
| | ) | |
| COMPLAINANT, | ) | CHARGE NO.  2021SP0713 |
| AND | ) | EEOC NO.  N/A |
| | ) | |
| CARLE FOUNDATION HOSPITAL | ) | |
| | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

**NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND ORDER OF ADMINISTRATIVE CLOSURE**

For Complainant

Jeffrey Christian Grossich
The Blake Horwitz Law Firm, LTD.
111 W. Washington Street, Suite 1611
Chicago, IL 60602

For Respondent

Chief Executive Officer
Carle Foundation Hospital
611 W Park Street
Urbana, IL 61801

**Date Perfected Charge Filed:** Nov 12, 2020    **Date Opt Out Request Filed:** Jan 14, 2021

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 95 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and administratively close the charge of civil rights violation(s).

ENTERED ON February 25, 2021

DEPARTMENT OF HUMAN RIGHTS

BY: *[signature]*

Brent A. Harzman, Manager
Charge Processing Division

Notice of Opt Out, Right & Order Adm.
Closure D/P 01/01/2020
Rev. 03/06/2020

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF COOK | ) | CHARGE NO. 2021SP0713 |

### AFFIDAVIT OF SERVICE

Christina Antony, deposes and states that s/he served a copy of the attached <u>NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND ORDER OF ADMINISTRATIVE CLOSURE</u> on each person named below by depositing the same on February 25, 2021, in the U.S. Mail Box at 100 West Randolph Street, Chicago, Illinois, properly posted for FIRST CLASS MAIL, addresses as follows:

<u>For Complainant</u>

Jeffrey Christian Grossich
The Blake Horwitz Law Firm, LTD.
111 W. Washington Street, Suite 1611
Chicago, IL 60602

<u>For Respondent</u>

Chief Executive Officer
Carle Foundation Hospital
611 W Park Street
Urbana, IL 61801

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Christina Antony

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. Illinois Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Dismissal or Order of Closure has been issued.